UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____X

ALEX C. ALEXANDROU,

                  Plaintiff,

   -against-

PROVIDIAN BANK,

              Defendant.

_____X

**CIVIL JUDGMENT**

04-CV-05660 (DLI)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ AUG 0 2 2005 ★

BROOKLYN OFFICE

ALEX C. ALEXANDROU,

              Plaintiff,

   -against-

DISCOVER,

              Defendant.

04-CV-05661 (DLI)

_____X

ALEX C. ALEXANDROU,

              Plaintiff,

   -against-

CROSS COUNTRY BANK,

              Defendant.

04-CV-05662 (DLI)

_____X

ALEX C. ALEXANDROU,

              Plaintiff,

   -against-

DIRECT MERCHANTS BANK,

              Defendant.

04-CV-0XXX (DLI)

_____X

1

Pursuant to the Order issued today by the undersigned consolidating and dismissing the actions for lack of subject matter jurisdiction, it is,

**ORDERED, ADJUDGED AND DECREED:** That the complaints are hereby dismissed. The Court certifies pursuant to 28 U.S.C. § 1915 (a)(3) that any appeal from the Court's order would not be taken in good faith.

_____
DORA L. IRIZARRY
United States District Judge

Dated: Brooklyn, New York
       July 39 , 2005

2